**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| THELMA ELIZABETH SALAZAR AS HEIR OF THE ESTATE OF ROSALINDA RAMOS<br>*Plaintiff*<br><br>v.<br><br>SPIRIT AIRLINES, INC. AND CITY OF HOUSTON D/B/A GEROGE BUSH INTERCONTINENTAL AIRPORT AND JOHN DOE<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  4:24-cv-01040 |

**NOTICE OF SUGGESTION OF BANKRUPTCY AND
AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that, on November 18, 2024, Spirit Airlines, Inc. (the "**Debtor**" and, together with its affiliates, collectively, "**Spirit**,"), filed a voluntary petition for relief (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  A copy of the voluntary petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtor's chapter 11 case is pending before the Honorable Sean H. Lane in the case captioned *In re Spirit Airlines, Inc.*, Case No. 24-11988 (SHL (Bankr. S.D.N.Y.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the filing of a voluntary bankruptcy petition operates as a self-effectuating, statutory stay or injunction (the "**Automatic Stay**") applicable to all entities and protecting the Debtor from, among other things:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . .

11 U.S.C. § 362(a)(1)–(3).[1]  No order has been sought or entered in the Chapter 11 Case granting any relief to any party from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that, on November 20, 2024, the Bankruptcy Court entered the *Order Confirming the Statutory Protections of the Bankruptcy Code* (the "**Automatic Stay Order**") confirming the application of the Automatic Stay and the statutory protections of the Bankruptcy Code.  A copy of the Automatic Stay Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that any action taken against Spirit in any action not subject to one of the exceptions to the automatic stay set forth in 11 U.S.C. § 362(b) without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  This encompasses actions taken against third parties for whom Spirit has an obligation to indemnify, including where Spirit must indemnify third parties up to a self-insured retention, such that Spirit is the real party in interest.  Pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure (among other applicable substantive law and rules of procedure), any person or governmental unit seeking to assert its rights or obtain relief outside of

---

[1] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of Spirit against any party.  Spirit expressly reserves the right to contest any claims that may be asserted against it.

the processes set forth in the Automatic Stay Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Bankruptcy Court for failure to comply with the Automatic Stay, the Automatic Stay Order, and applicable law—including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States. Accordingly, any party wishing to take action against Spirit (or against any third party with a right to be indemnified by Spirit) should contact Spirit's counsel before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the Automatic Stay. Spirit reserves and retains all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Case may be obtained by (1) reviewing the publicly-available docket of the Chapter 11 Case located online at https://ecf.nysb.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein, (2) visiting Spirit's publicly available website providing information regarding the Chapter 11 Case at https://dm.epiq11.com/case/spiritgoforward/info, or (3) contacting Spirit's counsel at spirit.notice@davispolk.com.

Dated: November, 26 2024

Respectfully submitted,

By: */s/ Pamela C. Hicks*
Pamela C. Hicks
Texas Bar No. 24007002
Federal ID No. 23061
phicks@hdwlegal.com
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Telephone: (713) 589-2909
**ATTORNEY IN CHARGE FOR
DEFENDANT SPIRIT AIRLINES, INC.**

3

Of Counsel:
**HICKS DAVIS WYNN, P.C.**
Paige Albert
Texas Bar No. 24125577
Federal ID No. 3767764
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Telephone: 713-518-1635
E-mail: palbert@hdwlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2024, a true and correct copy of the foregoing instrument was served on all known counsel of record via the CM/ECF electronic filing system and/or by electronic mail.

**Plaintiff Thelma Elizabeth Salazar as Heir of the Estate of**
**Rosalina Ramos:**
Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Carlos A. Saldana
State Bar No. 24086403
150 W. Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone: (281) 962-7772
Facsimile: (281) 962-7773
E-Service and Correspondence Email: Service@kgslawpllc.com

*/s/ Pamela C. Hicks*
Pamela C. Hicks