**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| THELMA ELIZABETH SALAZAR AS HEIR OF THE ESTATE OF ROSALINDA RAMOS<br>*Plaintiff*<br><br>v.<br><br>SPIRIT AIRLINES, INC. AND CITY OF HOUSTON D/B/A GEORGE BUSH INTERCONTINENTAL AIRPORT AND JOHN DOE<br>*Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO.  4:24-cv-01040 |

## NOTICE OF LIFT OF AUTOMATIC STAY

On November 26, 2024, Defendant Spirit Airlines, Inc. filed its Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings (Doc. 30). On **March 12, 2025**, Spirit Airlines, LLC, f/k/a Spirit Airlines, Inc. (the "**Debtor**" and, together with its affiliates, collectively, "**Spirit**,") emerged from bankruptcy. On March 12, 2025, the United Stated Bankruptcy Court for the Southern District of New York lifted the automatic stay of proceedings. A copy of the notice is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that page two (2) of Exhibit A states that "the automatic stay no longer applies to prepetition litigation being pursued by Holders of General Unsecured Claims and such litigation may resume."

Dated: April 10, 2025

By: */s/ Pamela C. Hicks*
Pamela C. Hicks
Texas Bar No. 24007002
Federal ID No. 23061
phicks@hdwlegal.com
3555 Timmons Lane, Suite 1000

1

Houston, Texas 77027
Telephone: (713) 589-2909
**ATTORNEY IN CHARGE FOR**
**DEFENDANT SPIRIT AIRLINES, LLC.**

Of Counsel:
**HICKS DAVIS WYNN, P.C.**
Paige Albert Messer
Texas Bar No. 24125577
Federal ID No. 3767764
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Telephone: 713-518-1635
E-mail: palbert@hdwlegal.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 10, 2025, a true and correct copy of the foregoing instrument was served on all known counsel of record via the CM/ECF electronic filing system and/or by electronic mail.

**Plaintiff Thelma Elizabeth Salazar as Heir of the Estate of**
**Rosalina Ramos:**
Brandon A. Kinard
State Bar No. 24079744
Abraham Garcia
State Bar No. 24078005
Carlos A. Saldana
State Bar No. 24086403
150 W. Parker Rd, Suite 705-B
Houston, Texas 77076
Telephone: (281) 962-7772
Facsimile: (281) 962-7773
E-Service and Correspondence Email: Service@kgslawpllc.com